*sent in 3 envuopes*

# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2019 SEP 18 P 1:56
STEPHEN C. DRIES
CLERK

(Full name of plaintiff(s))

Phillip Avery Scales

v.

(Full name of defendant(s))

Patrick Noonan, C.O Sylas, C.O Thompson
C.O Gibbs, City of Racine, Nurse Amanda
Dr. Sara Jeggler, Deputy Burtardt, C.O Kregt

Case Number:

**19-C-1360**
(to be supplied by Clerk of Court)

---

A. PARTIES

1. Plaintiff is a citizen of **Minnesota**, and is located at
   (State)
   **717 Wisconsin Ave Racine, WI Racine County**
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant City of Racine, Patrick Noonan, C.O Sylas, C.O Thompson, C.O Gibbs, Nurse Amanda, Dr. Sara Jeggler, Deputy Burtardt, C.O Kregt (Name)
   is (if a person or private corporation) a citizen of **Wisconsin**.

Complaint – 1

Case 2:19-cv-01360-PP   Filed 09/18/19   Page 1 of 11   Document 1

and (if a person) resides at __Wisconsin__ (State, if known)

_____ (Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Racine County Jail 717 Wisconsin Ave. Racine, WI 53403__

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

The plaintiff Phillip Scales is an inmate at Racine County Jail in Racine, WI. on 7/23 between 9pm-7am 7/24 these events occurred my shoulder was dislocated and I pushed the emergency button in my cell immediatly it took C.O Gibbs about an hour to respond I told him my shoulder was dislocated he came and checked and notified the nurse Amanda as well as Nicole it took them at least another hour to respond when they did they assesed me in the hallway and clearly my shoulder was dislocated. He avoided stating it on purpose on Gibbs body camera they took my vitals and just put me back into my cell w/o putting me on the immediate path to recovery which isn't policy so after about another hour C.O Gibbs, C.O Thompson, and C.O Sylas came to my cell and I told them my shoulder was dislocated and hurting and where was medical, Thompson said he knows and they were there to take me down to see medical, Instead of taking me to the nurses office or the hospital they put me into an intake cell which isn't policy or procedure for a person w/ a dislocated shoulder and didn't

Complaint – 2

give me any pain medication, ice pack, medical attention at all but while on the way to the cell C.O Patrick Noonan who I have had multiple prior incidents with joined with about 2 other c.i.o's and forcefully put me into the cell and tried forcing me to lay down on the bunk amidsts my protests of my arm being dislocated and I couldn't lay down due to bone on bone contact causing excruciating pain, so Patrick Noonan and the other C.O.'s grabbed me forcing me onto the bed and I started to fall back and drop directly to the floor due to the pain while telling them I was passing out and they still grabbed me and pushed me onto the bed hitting my head and smacking my face directly onto the mat and arm twisting under my body with me laying on it awkwardly and I was screaming from the tortorous acts they just did asking them why did they just do that. They left and I started pushing the emergency button because now I couldn't move my arm, fingers, and hand but the pain increased tenfold and was starting to numb. I also banged on the door as much as could and I couldn't feel my arm hands and fingers as the swelled almost double their size and started discoloring a paleish color. Eventually I ended up passing out either before or after I seen Nurse Amanda again and she admitted on camera that she knew my shoulder was dislocated and said that Sara Jeggler told her to put me into an intake cell which isn't policy and everything is on body cameras and intake cameras. I woke up to C.O Kneqt and Nurse Amanda and LPN Nicole and could talk from being incoherent and the pain being to great and they just left me on the floor where they found me passed out. Then eventually around 3AM I believe 5+ hours after the dislocation they came Deputy Burtardt and Deputy Theisen and took me to the hospital Deputy forced me to cuff my dislocated arm to the waist belly chains which isn't policy or procedure and hurt even more then at the hospital he was being very disrespectful and making my pain worse and making me suffer more on the way to xray he asked me if I still needed my ice pack I said of course yes he still threw it away then when I came back to the room and I asked for it he said he didn't know where he set it so I told him is he going to find it or get me a new one he refused and eventually I had to be put to sleep and shot with needles (multiple) of fentanyl to put my shoulder back in and need surgery and when I came back

Complaint - 3

continued...

hospital prescribed me for the sh[o]ul[der] ██ asked if I could move it and said t was very swelled while he was e███n█ ██ asked if they xrayed it at the hospital and I told him I didn[']t [know].

*3 different Envelopes*
※ Sent in peices by Phillip Scales.
107448

C. JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☒ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $500,000,000

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I want to be heavily compensated financially for this I shouldn't have had to go through all of this pain and suffering and get assaulted by staff while I'm having a medical crisis and be denied the proper path to resolving the issue and getting my shoulder put back into place and be nursed back to proper health not made worse. And treated like I did something wrong. I'm mentally emotionally and spiritually damaged from this entirely and need to be financially compensated heavily for this.

Complaint – 4

E.  JURY DEMAND

   I want a jury to hear my case.

   ☒ – YES      ☐ – NO

   I declare under penalty of perjury that the foregoing is true and correct.

   Complaint signed this _September_ day of ___19___ 20_19_.

   Respectfully Submitted,

   _/s/ signature_
   Signature of Plaintiff

   _107448_
   Plaintiff's Prisoner ID Number

   _717 Wisconsin Ave. Racine, WI 53403_

   _____
   (Mailing Address of Plaintiff)

   (If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5

*Sent in 3 different Envelopes in pieces by Phillip Scales*

# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2019 SEP 18 P 1:56
STEPHEN C. DRIES
CLERK

(Full name of plaintiff(s))

**Phillip Avery Scales**

v.

(Full name of defendant(s))

**Patrick Noonan, Melissa Gonzales, Bradley Friend, City of Racine, Douglas Wearing,**

Case Number:

**19-C-1360**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of **Minnesota** (State), and is located at **Racine County Jail 717 Wisconsin Ave. Racine, WI** (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant **City of Racine, Patrick Noonan, Melissa Gonzales, Bradley Friend, Douglas Wearing** (Name) is (if a person or private corporation) a citizen of **Wisconsin**

Complaint – 1

and (if a person) resides at ___Wisconsin___ 
(State, if known)
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for ___Racine County Jail 717 Wisconsin Ave___
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Plaintiff Phillip Scales has been an inmate at the Racine County Jail off and on since October 2014 in Racine, WI and has been trapped in the SHU ever since except 1 time after about 2½ years of time in the hole, spent in peices of getting out of jail from the hole and coming back to jail for another length of time but going directly back to the SHU from intake for no apparent reason I've written every defendant numerous times about this begging to go back to general population stating being under these conditions were mentally, emotionally, physically, and spiritually torturus and traumatizing causing me have many symptoms of mental Illnesses, specifically Patrick Noonan, Melissa Gonzales, is responsible for me being placed into the hole every time I come to jail, literally for no apparent and reasearch studies show the SHU

Complaint – 2

specifically 23n1 hour lockdown causes people to think and act irrational those are the only reasons I've ever been written up for a disciplinary report while in the hole because of lost of hope and trying to fight for my rights at least 30+ grievance's were filed by me since 2014 to the old Captain Douglas Wearing, Bradley Friend, Petrick Noonan, + Melissa Gonzales stating all of these things and they all neglected to fix this problem nor write back and Patrick Noonan came every single week and lied to me and brainwashed me into believing I would go back to general population but i've served almost 4 years of jail time all in the hole i've only had approximatly 2 months of general population time total the only time I was allowed back in general population Patrick Noonan + Melissa Gonzales put me back on 23n1 hour lockdown illegally after I recieved a 24 hour lockdown which isnt policy at all, you get locked down for 24 hours in your general population cell, not put back into the hole for the rest of life every time I come to jail. They tortured me because of arguments me, Patrick Noonan, and Melissa Gonzales have gotten into and for threatening to sue Douglas Wearing, Bradley Friend, Melissa Gonzales + Patrick Noonan this is them retaliating against me. I have logs of body camera footage situations since all the C.O.'s have body cameras, Names of people that have just as many or more disciplinary writeups and still went back to general population, i've went months without writeups and never went to general population.

Complaint - 3

*pg 2*   ※ Sent in 3 Envelopes by Phillip Scales (peices)

C. **JURISDICTION**

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☒ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $500,000,000

D. **RELIEF WANTED**

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I want to be heavily financially compensated for the constant 4 years of equated time of torture, brainwashing, physical, emotional mental, and spiritual traumatizing experiences, seeing multiple people almost successfully kill themselves by hanging, slashing their veins, guards beat on me physically and mentally for standing for my rights, suffering from hunger because I couldn't order food in the hole, trying to kill myself in the hole, not being able to contact all of my family on holidays, losing alot of weight from constant hunger, lost of faith in god and religion, being tased and pepper sprayed for standing up for my rights and criminally charged causing me to be trapped longer. getting my mattress taken from 8AM-8PM for major disciplinary actions which is illegal; ive done over 200 days of that, for losing my mental sanity numerous amounts of times.

Complaint – 4

E.   JURY DEMAND

I want a jury to hear my case.

☒ – YES     ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this September day of 14th 20 19.

Respectfully Submitted,

_Phillip L_____
Signature of Plaintiff

_107448_____
Plaintiff's Prisoner ID Number

_717 Wisconsin Ave. Racine, WI 53403_

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

### REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.